# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

JILL CZUBINSKI,

        Plaintiff,

    v.

NORTH AMERICAN COMPANY FOR
LIFE AND HEALTH INSURANCE,

        Defendant.

Civil Action No.:

State Court Case No.: 2026-CV-004609

## NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446, Defendant North American Company for Life and Health Insurance ("North American") hereby removes the above-entitled action from the Circuit Court of Wisconsin in and for Milwaukee County to the United States District Court for the Eastern District of Wisconsin.

In support thereof, North American states as follows:

## I.      THE REMOVED ACTION

1.      On May 13, 2026, Plaintiff Jill Czubinski ("Plaintiff") commenced this action by filing a complaint in the Circuit Court of Wisconsin in and for Milwaukee County, captioned *Jill Czubinski v. North American Company for Life and Health Insurance*, Case No. 2026-CV-004609. True and accurate copies of all state court pleadings and filings, including the Summons and Complaint are attached hereto as **Exhibit A.**

2.      The Complaint relates to a claim for benefits under Plaintiff's ex-husband, Gary Czubinski's ("Insured") North American life insurance policy. *See* Ex. A., Complaint at ¶ 3.

1

3. The death benefit under the life insurance policy is approximately $89,000.

4. Plaintiff asserts four causes of actions against North American: Breach of Contract, Bad Faith, Wisconsin Timely Payment of Claims; Wis. Stat.§ 628.46, and Punitive Damages. *See Id*.

5. Plaintiff alleges that she is entitled to the death benefit under the life insurance policy even though Plaintiff and Insured divorced.

6. While North American denies that Plaintiff is entitled to damages, Plaintiff seeks the death benefit of the policy, pre-judgment and post-judgment interest, and punitive damages. *Id.* at *addendum*.

## II. JURISDICTION EXISTS TO REMOVE THE ACTION

7. Any civil action brought in a state court where the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division where the action is pending. *See* 28 U.S.C. § 1441.

8. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship and because the amount in controversy exceeds the $75,000 jurisdictional minimum.

### A. Complete Diversity of Citizenship Exists Between the Parties.

9. Upon information and belief, Plaintiff resides in and is a citizen of the State of Wisconsin. *See* Ex. A., Complaint ¶ 1.

10. North American is an insurance company organized and existing under the laws of the State of Iowa with its principal place of business being in West Des Moines, Iowa, and is therefore deemed to be a citizen of Iowa.

2

**B. The Amount in Controversy Requirement is Satisfied.**

11.     This action involves a dispute in excess of $75,000, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a).

12.     Plaintiff alleges that she is owed the death benefit of the life insurance policy, which is approximately $89,000.

13.     Consequently, the amount in controversy requirement under 28 U.S.C. § 1332(a) has been met and the Complaint is removable pursuant to 28 U.S.C. §§ 1332(a)(1), 1441 and 1446.

### III.     VENUE

14.     Venue is proper pursuant to 28 U.S.C. §§ 1391 and 1441(a), because this Court is in the United States District Court for the district and division embracing the place where the state court action is pending.

### IV.     TIMELINESS OF REMOVAL

15.     North American was served with a copy of the Summons and Complaint on May 18, 2026. Ex. A.

16.     Pursuant to 28 U.S.C. § 1446(b), the Notice of Removal is timely because North American removed this action within thirty (30) days of receipt of the Summons and Complaint.

### V.     NOTICE TO PLAINTIFF AND STATE COURT

17.     Pursuant to 28 U.S.C. § 1446(d), North American will promptly provide written notice of the filing of this Notice of Removal to Plaintiff and shall file a copy of this Notice along with a State Notice of Filing of Notice of Removal with the Clerk for the Circuit Court for Milwaukee County, Wisconsin.

3

## VI.     NON-WAIVER OF DEFENSES

18.     By removing this action, North American does not waive any defenses it may have to this action.

## VII.     CONCLUSION

19.     Because this matter is removable pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, North American hereby removes this action from the Circuit Court of Wisconsin in and for Milwaukee County to the United States District Court for the Eastern District of Wisconsin and respectfully requests that this Court proceed with the matter as if it had been filed originally herein.

Dated: June 17, 2026                              Respectfully submitted,

/s/ Susan Elgin
Susan Elgin
Jesse Linebaugh (application forthcoming)
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
T: (515) 248-9000
F: (515) 248-9010
susan.elgin@faegredrinker.com
jesse.linebaugh@faegredrinker.com

**ATTORNEYS FOR DEFENDANT NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE**

4

**CERTIFICATE OF SERVICE**

I certify that on June 17, 2026, I filed the foregoing via the Court's CM/ECF electronic filing system, which will give notice to all parties and their counsel of record who have appeared. I also served a copy of the foregoing via regular U.S. Mail upon:

Justin F. Wallace
1414 N. Taylor Drive, Suite 200
Sheboygan, WI 53081
Telephone: (920) 276-8320
justin@wallaceinsurancelaw.com

*Attorney for Plaintiff*

/s/ Susan Elgin

5